ACCEPTED
12-14-00130-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/13/2015 1:42:56 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00130-CR

| | | |
|---|---|---|
| JAWORSKI ADKINS | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/13/2015 1:42:56 PM
CATHY S. LUSK
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME AND FOR FILING OF THE STATE'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now the STATE OF TEXAS, and presents its Motion for Extension of Time for Filing of the State's Brief in the above causes, and in support of this motion, would show the Honorable Court the following:

A. The case was originally disposed of by a jury trial in the 114th District Court of Smith County, Texas, the Honorable Christi Kennedy, judge presiding.

B. The trial court cause number was 114-1676-13, and the case was styled *The State of Texas v. Jaworski Adkins*.

C. Appellant was convicted of the offense of Aggravate Robbery.

D. The jury assessed a sentence of twenty-two years in confinement and no fine.

E. On January 11, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before February 11, 2015.

F. There has been one extension of time granted for the filing of the record, and three granted for the filing of Appellant's brief. There have been no extensions requested or granted to the State.

G.   Pursuant to T.R.A.P. 10.5(b), the State is seeking the Court's indulgence to order an extension of nine (9) days to allow the State an opportunity for timely filing its brief on or before February 20, 2015.

H.   The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now. It has been extremely busy these last two months and I have had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1.   007-80287-98-D, *Ex parte Wheeler*, State's answer completed on 01/13/15.

2.   114-80305-97, *Ladd v. State*, State's response to clemency petition completed on 01/13/15.

3.   12-14-00090-CR, *Romero v. State*, State's reply brief completed on 01/16/15.

4.   114-80305-97-C, *Ex parte Ladd*, State's answer completed on 01/22/15.

5.   12-14-00219-CR, *Kennedy v. State*, State's reply brief completed on 01/23/15.

6.   114-1138-10-A, *Ex parte Bledsoe*, State's answer completed on 01/26/15.

7.   12-14-00125-CR, *Wright v. State*, State's reply brief completed on 01/29/15.

8.   241-1081-08-A, *Ex parte Debose*, State's answer completed on 02/01/15.

9.   114-1369-11-A, *Ex parte Bendy*, State's answer completed on 02/03/15.

10.   114-1370-11-A, *Ex parte Bendy*, State's answer completed on 02/03/15.

11.   12-14-00161-CR, *Prosperie v. State*, State's reply brief completed on 02/05/15.

12. 12-14-00162-CR, *Prosperie v. State*, State's reply brief completed on 02/05/15.

13. 12-14-00159-CR, *Simmons v. State*, State's reply letter brief completed on 02/06/15.

14. 114-1603-11-A, *Ex parte Pullins*, State's answer completed on 02/06/15.

15. 114-1604-11-A, *Ex parte Pullins*, State's answer completed on 02/06/15.

16. 12-14-00204-CR, *Clement v. State*, State's reply brief completed on 02/10/15.

I. In addition to the appellate/trial matters listed above, I am daily called upon to research issues arising at trial, to answer questions from law enforcement, or to assist in the preparation and or presentation of grand jury indictments.

J. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief.

K. The State has a great interest in affirming the judgement of the 114th District Court in this case.

**WHEREFORE**, this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before February 20, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on ___February 13, 2015___, personally appeared ___Michael West___, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.



NOTARY PUBLIC - State of Texas

KEVEN FITE
Notary Public
State of Texas
My Comm. Expires 07-08-2017

## CERTIFICATE OF SERVICE

On ___February 13, 2015___, at true and complete copy of this instrument has been electronically served to:

Mr. James Huggler
Attorney at Law
100 East Ferguson, Ste. 805
Tyler, Texas 75702

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)